B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–00808**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Brandi J. Roberson
   843 W. 83rd Street
   Apt. #3
   Chicago, IL 60620

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9586

Employer Tax ID / Other nos.:

### DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                 FOR THE COURT

Dated: <u>April 30, 2013</u>                          <u>Kenneth S. Gardner, Clerk</u>
                                                                 United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-00808-ERW
Brandi J. Roberson                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 3              Date Rcvd: Apr 30, 2013
                              Form ID: b18             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2013.
```
db         +Brandi J. Roberson,    843 W. 83rd Street,    Apt. #3,   Chicago, IL 60620-3142
19898329   +America's Fi,    1415 W 22nd St.,   Oak Brook, IL 60523-2074
19898332   +Associated Receivable,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
19898333   +City of Chicago Law Department,    121 N. La Salle Street,    Ste 600,   Chicago, IL 60602-1244
19898347    Founders Insurance,    P.O. Box 5100,   Des Plaines, IL 60017-5100
19898348    Illinois Secretary of State,    Safety Responsibility Section,    1340 N. 9th Street,
             Springfield, IL 62702
19898349   +Jackson Park Hospital,    Patient Financial Services,    PO Box 129,   Lombard, IL 60148-0129
19898350   +Jefferson Capital,    16 Mceland Rd,   Saint Cloud, MN 56303-2198
19898352   +Little Company of Mary,    2800 W. 95th Street,    Evergreen Park, IL 60805-2795
19898354   +Med Busi Bur,    1460 Renaissance Dr,   Park Ridge, IL 60068-1349
19898355   +Nationwide Acceptance,    Attn: Rebecca,   3435 N Cicero Ave,    Chicago, IL 60641-3794
19898358   +Shindler Law Firm,    1990 E. Algonquin Rd.,    Ste 180,   Schaumburg, IL 60173-4164
19898359   +Union Auto,    8700 S. Chicago Av,   Chicago, IL 60617-2343
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: BIBODENSTEIN.COM May 01 2013 02:03:00     Ira Bodenstein,    Shaw Fishman Glantz & Towbin LLC,
             Towbin LLC,    321 N Clark Street Suite 800,   Chicago, IL 60654-4766
19898327   +E-mail/Text: jkeller@armpros.com May 01 2013 02:49:31     Accounts Receivable Ma,
             875 N Michigan Ave # 312,    Chicago, IL 60611-1803
19898328   +E-mail/Text: jkeller@armpros.com May 01 2013 02:49:31     Acctrecmgt,    875 N Michigan Ave # 312,
             Chicago, IL 60611-1803
19898330   +EDI: AMERCASH.COM May 01 2013 02:03:00     AmeriCash Loans,    1612 W. 59th St.,
             Chicago, IL 60636-1735
19898331   +EDI: ACCE.COM May 01 2013 02:03:00     Asset Acceptance Llc,    Pob 1630,   Warren, MI 48090-1630
19898334   +EDI: SALMAEDEPTEDUC.COM May 01 2013 02:03:00     Dept Of Ed/sallie Mae,    Po Box 9635,
             Wilkes Barre, PA 18773-9635
19898346   +E-mail/Text: bknotice@erccollections.com May 01 2013 04:19:06     Enhanced Recovery Corp,
             Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
19898350   +EDI: JEFFERSONCAP.COM May 01 2013 01:58:00     Jefferson Capital,    16 Mceland Rd,
             Saint Cloud, MN 56303-2198
19898351   +EDI: CBSKOHLS.COM May 01 2013 02:03:00     Kohls,    N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-7096
19898353   +EDI: RESURGENT.COM May 01 2013 02:03:00     Lvnv Funding Llc,    P.o. Box 10584,
             Greenville, SC 29603-0584
19898356   +EDI: SALMAESERVICING.COM May 01 2013 02:03:00     Sallie Mae,    Attn: Claims Department,
             Po Box 9500,   Wilkes-Barre, PA 18773-9500
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19898335*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898336*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898337*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898338*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898339*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898340*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898341*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898342*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898343*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898344*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898345*  +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
19898357*  +Sallie Mae,    Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
                                                                               TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
Case 13-00808   Doc 13   Filed 04/30/13   Entered 05/03/13 00:07:09   Desc Imaged
                        Certificate of Notice   Page 4 of 5
```

```
District/off: 0752-1          User: admin              Page 2 of 3              Date Rcvd: Apr 30, 2013
                              Form ID: b18             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2013**          **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: admin              Page 3 of 3            Date Rcvd: Apr 30, 2013
                              Form ID: b18             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2013 at the address(es) listed below:

        Ernesto D Borges    on behalf of Debtor Brandi J. Roberson notice@billbusters.com, billbusters@bestclientinc.com;BorgesLawOffices@gmail.com
        Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Zeljko Popovic    on behalf of Debtor Brandi J. Roberson notice@billbusters.com, Billbusters@bestclientinc.com

        TOTAL: 4